# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LOVEUS THEVENIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0919

[November 12, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2022-CF-00451-AXXX-MB.

Daniel Eisinger, Public Defender, and Jeffrey L. Anderson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jeanine Germanowicz, Senior Assistant Attorney General, West Palm Beach, for appellee.

METZGER, ELIZABETH, Associate Judge.

Appellant Loveus Thevenin appeals his conviction and sentence for three counts of sexual battery on a child less than twelve years of age and two counts of lewd and lascivious molestation. Appellant raises six issues on appeal. We affirm the trial court's rulings on five of the issues without discussion.

Appellant's sixth issue argues the trial court erred by imposing the Operating Trust Fund of the Department of Law Enforcement ("FDLE Operating Trust Fund") costs of $100 per charge, pursuant to section 938.055, Florida Statutes (2021), without having included those costs in the court's oral pronouncement of sentence. We agree. *See Croissy v. State*, 404 So. 3d 419, 420 (Fla. 4th DCA 2025). The issue was preserved by a Florida Rule of Criminal Procedure 3.800(b)(2) motion.[1]

---

[1] In response to the issue raised in the rule 3.800(b)(2) motion regarding imposition of the FDLE Operating Trust Fund costs, the state conceded error.

The state properly concedes error. We remand for the trial court to revise the sentencing order to remove the $100 cost per charge for the FDLE Operating Trust Fund. Furthermore, as the FDLE Operating Trust Fund costs are discretionary, the trial court may not re-impose these costs. *See Harris v. State,* 310 So. 3d 74, 75 (Fla. 4th DCA 2021).

*Affirmed in part, reversed in part, and remanded with instructions.*

KUNTZ, C.J., and CONNER, J., concur.

*    *    *

**Not final until disposition of timely-filed motion for rehearing.**

---

The trial court granted Appellant's rule 3.800(b)(2) motion as to the FDLE Operating Trust Fund costs. However, the amended written sentence erroneously continued to include the FDLE Operating Trust Fund costs of $100 per charge.